Clarence Trapp and Patricia Trapp, Plaintiffs-Appellees, v. State of Illinois, Department of Public Safety, Division of Narcotic Control, et al., Defendants-Appellants.

Gen. No. 49,445.

First District, Second Division.

November 10, 1964.

William G. Clark, Attorney General, of Chicago (William C. Wines, Raymond S. Sarnow, Edward A. Berman and Aubrey F. Kaplan, Assistant Attorneys General, of counsel), for appellants; No brief filed or appearance made for appellees. Opinion by JUSTICE FRIEND. Not to be published in full.